# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE J. GIURBINO, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00359-AWI-SMS PC<br><br>DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, AND DIRECTING CLERK'S OFFICE TO ENTER JUDGMENT<br><br>(Doc. 8) |

　　　　Plaintiff Harold Walker, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 13, 2008. On April 30, 2010, the Court dismissed Plaintiff's complaint for failure to state a claim, and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, this action would be dismissed for failure to state any claims.

　　　　More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///
///
///
///

1

1  Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is
2  HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which
3  relief may be granted.  The Clerk's Office SHALL enter judgment against Plaintiff.

5  IT IS SO ORDERED.

6  
7  Dated:   June 18, 2010                               _____
                                                         CHIEF UNITED STATES DISTRICT JUDGE